## THE CREOLE.

## THE JAMES WILLIAM.

(Circuit Court of Appeals, Second Circuit. November 7, 1921.)

### No. 12.

Appeal from the District Court of the United States for the Southern District of New York.

Cross-libels by the Carmichael Ship Company against the steamship Creole, of which the Southern Pacific Steamship Company was claimant and by the Southern Pacific Steamship Company against the schooner James William, in which the Carmichael Ship Company was claimant, to recover damages for a collision. From a decree finding the steamer solely at fault (277 Fed. 119), the Southern Pacific Steamship Company appeals. Affirmed.

Kirlin, Woolsey, Campbell, Hickox & Keating, of New York City (Robert S. Erskine, Harry D. Thirkield, and Carleton L. Marsh, all of New York City, of counsel), for appellant.

Burlingham, Veeder, Masten & Fearey, of New York City (Chauncey I. Clark, of New York City, of counsel), for appellee.

Before ROGERS, MANTON, and MACK, Circuit Judges.

PER CURIAM. Decree affirmed.